## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GLORIA OLIVER-SIMON,**

**Plaintiff,**

**v.**

**R. JAMES NICHOLSON**[1]**,**

**Secretary, U.S. Department of Veterans Affairs,**

**Defendant.**

**Civil Action No. 01-2169 (JDB)**

## ORDER

Upon consideration of defendant's motion for summary judgment, the memoranda of the parties, and the entire record, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 25th day of August, 2005, hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

_____ /s/ John D. Bates _____
JOHN D. BATES
United States District Judge

---

[1] The name of the current Secretary has been substituted pursuant to Fed.R.Civ.P. 25(d)(1).

**Copies to:**

**Camilla C. McKinney**
Law Offices of Camilla C. McKinney, PLLC
1100 15th Street, NW
Suite 300
Washington, DC 20005-1720
(202) 861-2934
Fax (202) 517-9111
    *Counsel for Plaintiff*

**Brian J. Sonfield**
U.S. Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
Fax (202) 514-8780

**Carol Catherman**
U.S. Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 307-0406
Fax (202) 514-8780
    *Counsel for Defendant*